# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| WILLIAM HOWARD WESSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 6:21-cv-542-AMM-HNJ |
| CAPTAIN LANGFORD, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on October 6, 2022 recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. Doc. 7. Although the Magistrate Judge advised Plaintiff William Howard Wesson of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), this action is due to be **DISMISSED WITHOUT PREJUDICE** for failing to state a claim upon which relief can be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this 9th day of November, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE